UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | NO. 3:08-00211 |
| ) | CHIEF JUDGE WILLIAM J. HAYNES, JR. |
| MARKEITH FARMER ) | |

GOVERNMENT'S NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, hereby gives notice that Assistant United States Attorney Scarlett S. Nokes should be substituted in the place of Jimmie Lynn Ramsaur, Assistant United States Attorney as the attorney for the Government in this case.

Respectfully submitted,

DAVID RIVERA
United States Attorney

By: s/Scarlett S. Nokes
SCARLETT S. NOKES
Assistant U. S. Attorney
110 9th Avenue South - Suite A-961
Nashville, Tennessee 37203-3870
Telephone: 615-736-5151